UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2026

PAVLO PROTOPAPAS,

                    Plaintiff,

          -against-

SUNIL MADHU and SM INFINITY ASSET
HOLDINGS,

                    Defendants.

26-CV-02681 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

At the request of Defendants and with the partial consent of Plaintiff (*see* Dkt. Nos. 18 & 25), the deadline for Defendants to answer, move against, or otherwise respond to the Complaint is hereby EXTENDED until **July 13, 2026**. The deadline for the parties to file the proposed case management plan and joint letter described in the Court's order dated April 7, 2026 (Dkt. No. 12) is hereby EXTENDED until **July 21, 2026**. The June 23, 2026 Initial Pretrial Conference is hereby ADJOURNED until **Tuesday, July 28, 2026**, at **9:30 a.m.** The Conference will take place in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. The parties are advised to treat these deadlines as firm. No party should expect another extension.

Defendant Sunil Madhu's motion for permission for electronic case filing is hereby GRANTED. Defendant Madhu is advised to consult (i) the Local Rules of the United States District Courts for the Southern and Eastern District of New York; and (ii) the Individual Rules & Practices of the Honorable Margaret M. Garnett before making any filings. Both rules are available for free on the Court's website. Defendant Madhu is reminded that once an attorney appears on his behalf in this case, the attorney must advise the Clerk of Court to terminate his registration as a Filing User. *See* Southern District of New York, Electronic Case Filing Rule 2.2(a).

The Clerk of Court is respectfully directed to terminate Dkt. Nos. 19, 22, and 25.

Dated: June 12, 2026
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge