USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 31, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAVLO PROTOPAPAS,

Plaintiff,

-against-

SUNIL MADHU and SM INFINITY ASSET HOLDINGS,

Defendants.

26-CV-02681 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On July 8, 2026, Defendant Sunil Madhu moved to dismiss the complaint (Dkt. No. 29), moved to strike the jury demand (Dkt. No. 30), and counterclaimed for tortious interference (Dkt. No. 31). On July 13, 2026, Defendant SM Infinity Asset Holdings also moved to dismiss. (Dkt. No. 32). Plaintiff responded to these motions by filing a First Amended Complaint on July 27, 2026. (Dkt. No. 36). Consistent with the Court's Individual Rule II(B)(6), Defendant Madhu's motion to dismiss and motion to strike, and Defendant SM Infinity's motion to dismiss are all DENIED AS MOOT.

It is hereby ORDERED that:

(1) On or before **August 10, 2026**, Defendants may answer the First Amended Complaint, file new or supplemental motions, or submit letters on ECF stating they rely on their previously filed motions and memoranda of law.

(2) If either Defendant renews its motion to dismiss or motion to strike, Plaintiff's deadline to file a consolidated opposition brief shall be **August 31, 2026**; and Defendants' reply deadlines shall be **September 14, 2026**.

Plaintiff missed his July 27, 2026 deadline to answer, move against, or otherwise respond to Defendant Madhu's counterclaim. In the interest of resolving the counterclaim on the merits, the Court will *sua sponte* EXTEND Plaintiff's deadline to answer, move against, or otherwise respond to Defendant Madhu's counterclaim until **August 10, 2026**.

The previously-scheduled August 18, 2026 Initial Pretrial Conference is ADJOURNED to **Tuesday, September 29, 2026 at 9:30 a.m.**, and the parties' pre-conference submissions (*see* Dkt. No. 12) to **September 22, 2026.**

The Clerk of Court is respectfully directed to terminate Docket Nos. 29, 30 and 32, as MOOT.

Dated: July 31, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge