# KINCAID LAW PLLC

152 West 57th Street, 8th Floor
New York, New York 10019
P: (646) 780 - 8063
F: (212) 980 - 2968
kincaidpllc.com

October 28, 2026

**VIA CM/ECF**

MEMORANDUM ENDORSED

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 519
New York, New York 10007

Re: *Protopapas v. Madhu et al.*, No. 26 Civ. 2681 (MMG) (GWG)

Dear Judge Gorenstein:

This law firm represents Defendant Sunil Madhu, in his individual capacity. I write with the consent of counsel for Plaintiff Pavlo Protopapas and co-Defendant SM Infinity Asset Holdings to request that the settlement conference currently scheduled for Tuesday, November 17, 2026 at 2:30 p.m. (ECF No. 61) be rescheduled to December 10, 2026.

Consistent with Paragraph 8 of the Court's Standing Order Applicable to Settlement Conferences, I have confirmed that all parties consent to this request and that the Court and all parties are available on December 10, 2026. This is the first request to reschedule the settlement conference in this action.

We thank the Court for its attention to this matter.

Respectfully submitted,

Andrew L. Kincaid

cc: All Counsel of Record (*via ECF*)

Settlement conference adjourned to December 10, 2026, at 2:30 p.m.
Submissions are due December 4, 2026.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 29, 2026